UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| PAUL D. CASEY, et al., ) | |
| ) | |
| ) | |
| v.                            ) | Case No.:09 1:13-cv-1452-RJL |
| ) | |
| ) | |
| JASON WARD, et al.,    ) | |
| ) | |
| Defendant.           ) | |

**DEFENDANT'S 19th & K INC., d/b/a OZIO
1813 M STREET NW ANSWER
TO PLAINTIFF'S AMENDED COMPLAINT**

Comes now Defendant, 19th & K Inc., d/b/a Ozio 1813 M Street, NW by and through the undersigned counsel, submits said Answer to Plaintiff's Amended Complaint:

1. DENY;
2. ADMIT;
3. ADMIT;
4. DENY;
5. DENY;
6. DENY;
7. DENY;
8. DENY;
9. DENY;
10. DENY;
11. DENY;

12. DENY;

13. DENY;

14. DENY;

15. DENY;

16. DENY;

17. DENY;

18. DENY;

19. DENY;

20. DENY;

21. DENY;

22. DENY;

23. DENY;

24. DENY;

25. DENY;

26. DENY;

27. DENY;

28. DENY;

29. DENY;

30. DENY;

31. DENY;

32. DENY

33. DENY;

34. DENY;

35. DENY;

36. DENY;

37. DENY;

38. DENY;

39. DENY;

40. DENY;

41. DENY;

42. DENY;

43. DENY;

44. DENY;

45. DENY;

46. DENY;

47. DENY;

48. DENY;

49. DENY;

50. DENY;

51. DENY;

52. DENY;

53. DENY;

54. DENY;

55. DENY;

56. DENY;

57. DENY;

58. DENY;

59. DENY;

60. DENY;

61. DENY;

62. DENY;

63. DENY;

64. DENY;

65. DENY;

66. DENY;

67. DENY;

68. DENY;

69. DENY;

70. DENY;

71. DENY;

72. DENY;

73. DENY;

74. DENY;

75. DENY;

76. DENY;

77. DENY;

78. DENY;

79. DENY;

80. DENY;

81. DENY;

82. DENY;

83. DENY;

84. DENY;

85. DENY;

86. DENY;

87. DENY

88. DENY;

89. DENY;

90. DENY;

91. DENY;

92. DENY;

93. DENY;

94. DENY;

95. DENY;

96. DENY;

97. DENY;

98. DENY;

99. DENY;

100. DENY;

101. DENY.

**AFFIRMATIVE DEFENSES**

DEFENDANT 19th & K Inc., d/b/a Ozio 1813 M Street, NW sets forth the following affirmative defenses to Plaintiff's Amended Complaint.

**FIRST DEFENSE**

The Complaint fails to state a claim upon which relief can be granted

**SECOND DEFENSE**

Plaintiff's claims are barred by the doctrine of contributory negligence.

**THIRD DEFENSE**

Plaintiff's claims are barred by the doctrine of assumption of risk.

**FOURTH DEFENSE**

Plaintiff's claims are barred by the doctrines of intervening and/or supervening cause.

**FIFTH DEFENSE**

Plaintiff's claims are barred by self-defense and/r legal justification.

**SIXTH DEFENSE**

Plaintiff's claims are barred because the decedent voluntarily entered into an altercation.

**SEVENTH DEFENSE**

Plaintiff's claims are barred because all alleged injuries and damages were proximately caused by the decedent's own acts and conduct, thereby barring Plaintiff's recovery.

**EIGHTH DEFENSE**

Plaintiff's claims are barred by the applicable statute of limitations.

**NINTH DEFENSE**

Plaintiff's claims are barred by the doctrines of collateral estoppel and/or res judicata.

**TENTH DEFENSE**

Plaintiff's claims for damages are barred by the doctrines of waiver and/or estoppel.

**ELEVENTH DEFENSE**

Defendant reserves the right to rely on such other defenses as may become available during the course of discovery and/or investigation.

WHEREFORE, Defendant 19th & K Inc., d/b/a Ozio 1813 M Street, NW, having fully answered Plaintiff's Amended Complaint respectfully requests that the Amended Complaint be dismissed with prejudice, and that such other and further relief as this Court may deem just and proper.

Dated: January 3, 2014,                    RESPECTFULLY SUBMITTED,

                                                      THE VORV FIRM, P.L.L.C.

                                                      Dominic G. Vorv, /S/
                                                      Dominic G. Vorv, Esq.  #470139
                                                      601 Pennsylvania Avenue
                                                      South Tower - Suite 900
                                                      Washington, D.C.  20004
                                                      202-466-8822
                                                      202-318-0534 fx

                                                      Attorney for Defendant

                                                      19th & K Inc., d/b/a Ozio 1813 M Street

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that a copy of Defendant's 19th & K Inc., d/b/a Ozio 1813 M Street, NW Answer was served via pacer/electronic filing this 3rd day of January, 2014 upon Plaintiff's and all parties;

>Brendon Klaproth Esq.
>
>Stephen Pickard, Esq.
>
>Dawn Boyce, Esq.
>
>D. Stephenson Schwinn, Esq.
>
>Joseph Bottiglieri, Esq.
>
>Kevin Murphy, Esq.
>
>David Hudgins, Esq.
>
>Janet Nesse, Esq.

>Dominic G. Vorv /S/
>Dominic G. Vorv, Esq.