UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL D. CASEY, individually and as )
administrator of the Estate of )
Patrick D. Casey, *et al.*, )
 )
      Plaintiffs, )
 )
v. ) Civil Case No. 13-01452 (RJL)
 )
JASON WARD, *et al.*, )
 )
      Defendants. )

**ORDER**
(September 5, 2014)

[Dkt. ##21, 26, 29, 34, 37, 43, 44, 47, 55, 59, 60, 64, 82]

FILED
SEP 0 5 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

For all the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that defendant Sign of the Whale's Motion to Dismiss [Dkt. #21] is **DENIED**, as moot, and it is further

**ORDERED** that defendant McDonald's Motion to Dismiss [Dkt. #26] is **DENIED**, as moot, and it is further

**ORDERED** that defendant M St. McDonald's Motion to Dismiss [Dkt. #29] is **DENIED**, as moot, and it is further

**ORDERED** that defendant Ruark's Motion to Dismiss [Dkt. #34] is **DENIED**, as moot, and it is further

1

**ORDERED** that defendant Ward's Motion to Dismiss [Dkt. #37] is **DENIED**, as moot, and it is further

**ORDERED** that defendant Giblin's Motion to Dismiss the Amended Complaint [Dkt. #43] and Supplemental Motion to Dismiss the Amended Complaint [Dkt. #64] are **GRANTED**, in part, and it is further

**ORDERED** that defendant McDonald's Motion to Dismiss the Amended Complaint [Dkt. #44] is **GRANTED**, in part, and it is further

**ORDERED** that defendant M St. McDonald's Motion to Dismiss the Amended Complaint [Dkt. #47] is **GRANTED**, in part, and it is further

**ORDERED** that defendant Sign of the Whale's Motion to Dismiss the Amended Complaint [Dkt. #55] is **GRANTED**, and it is further

**ORDERED** that defendant Camelot's Motion to Dismiss the Amended Complaint [Dkt. #59] is **GRANTED**, and it is further

**ORDERED** that defendant Ward's Motion to Dismiss the Amended Complaint [Dkt. #60] is **GRANTED**, in part, and it is further

**ORDERED** that defendant Mighty Pint's Motion to Dismiss the Amended Complaint [Dkt. #82] is **GRANTED**, and it is further

**ORDERED** that plaintiffs' wrongful death claims and assault and battery survival claims are **DISMISSED**, and it is further

**ORDERED** that the only remaining claims in this case are plaintiffs' negligence survival claims against defendants McDonald's, M St. McDonald's, Ward, Ruark, and Giblin.

**SO ORDERED**.

*[Signature]*
RICHARD J. LEON
United States District Judge