IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PAUL D. CASEY, et. al, | * | |
| | * | |
| Plaintiffs | * | Case No. 1:13-cv-1452-RJL |
| | * | |
| v. | * | |
| | * | |
| JASON WARD, et. al, | * | |
| | * | |
| Defendants. | * | |

### DISMISSAL PRAECIPE

TO THE CLERK OF THE COURT:

Please dismiss the above-styled matter with prejudice as to defendant Brian Giblin, as all claims have been resolved by settlement, which has been paid.

The cross claims filed by McDonald's Corporation and Kyung Rhee d/b/a Rhee's McDonald's against Brian Giblin and Jason Ward are also hereby dismissed without prejudice.


 /s/ Dawn E. Boyce_____
Dawn E. Boyce, Esquire (Bar No. 440010)
Steven W. Bancroft, Esquire
BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030
Telephone:   (703) 385-1000
Facsimile:    (703) 385-1555
dboyce@bmhjlaw.com
*Counsel for Defendant, Brian Giblin*

 /s/ Brendan Klaproth_____
Brendan Klaproth, Esquire (D.C. Bar No. 999360)
Klaproth Law, PLLC
406 5th Street, N.W., Suite 350
Washington, D.C.  20001
Telephone: (202) 618-2344
bklaproth@klaprothlaw.com
*Counsel for Plaintiffs*


 /s/ Joseph J. Bottiglieri_____
Joseph J. Bottiglieri, Esquire (Bar No. 418523)
Michael L. Pivor, Esquire (Bar No. 500911)
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street, N.W., 8th Floor
Washington, D.C.  20036
Telephone: (202) 712-7000
Facsimile:  (202) 712-7100
jbottiglieri@bonnerkiernan.com
mpivor@bonnerkiernan.com
*Counsel for Defendants, McDonald's Corporation and Kyung Rhee d/b/a Rhee's McDonald's*


 /s/ Gregg E. Viola_____
Gregg E. Viola, Esquire (Fed. Bar No. 25737)
Mark P. Johnson, Esquire (Fed. Bar No. 29091)
Eccleston & Wolf, P.C.
7240 Parkway Drive, 4th Fl.
Hanover, Maryland 21076
Telephone: (410) 752-7474
Facsimile: (410) 752-0611
viola@ewmd.com
johnson@ewmd.com
*Counsel for Defendant, Jason Ward*