UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL D. CASEY, *et al.* | ) |
|     Plaintiffs. | ) ) ) |
|     v. | ) Civ. No. 1:13-cv-1452 (RJL) |
| JASON WARD, *et al.* | ) ) ) |
|     Defendants. | ) ) |

NOTICE OF FILING REDACTED VERSION OF EXHIBIT 18 TO
PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS MCDONALDS'
MOTIONS FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that, pursuant to this Court's Order filed on March 7, 2016, Plaintiffs are filing a redacted version of Exhibit 18 to Plaintiffs' Opposition to McDonalds' Motions for Summary Judgment [E.C.F. No. 160]. The redacted version of Exhibit 18 is attached hereto.

Dated: March 21, 2016                                      Respectfully submitted,

                                                                                        /s/ Brendan Klaproth
                                                       Brendan Klaproth (D.C. Bar No. 999360)
                                                       Klaproth Law PLLC
                                                       406 5th Street NW
                                                       Suite 350
                                                       Washington, DC 20001
                                                       Tel:     202-618-2344
                                                       Email:  bklaproth@klaprothlaw.com
                                                       *Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

  I hereby certify that on March 21, 2016, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

                Respectfully submitted,

                __/s/ Brendan Klaproth__
                Brendan Klaproth (D.C. Bar No. 999360)
                Klaproth Law PLLC
                406 5th Street NW
                Suite 350
                Washington, DC 20001
                Tel: 202-618-2344
                Email: bklaproth@klaprothlaw.com
                *Counsel for Plaintiffs*