UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL D. CASEY, individually and as )
administrator of the Estate of )
Patrick D. Casey, *et al.*, )
)
Plaintiffs, )
)
v. )   Civil Case No. 13-1452 (RJL)
)
JASON WARD, *et al.*, )
)
Defendants. )

**FILED**
SEP 30 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**ORDER**

(September 25 ~~29~~, 2016) [Dkts. ##154, 155, 156, 157, 158, 174]

For all the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that defendants' Motions for Summary Judgment [Dkts. #154, 155] are **GRANTED**, and it is further

**ORDERED** that defendants' Motions to Dismiss Claim for Punitive Damages [Dkts. #156, 157] are **DENIED AS MOOT**, and it is further

**ORDERED** that plaintiffs' Motion to Strike Defendants' Motions to Dismiss Claim for Punitive Damages [Dkt. #158] is **DENIED AS MOOT**, and it is further

**ORDERED** that defendants' Motion for Partial Reconsideration of the Court's May 17, 2016 Order [Dkt. #174] is **DENIED AS MOOT**, and it is further

1

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge
