## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PAUL D. CASEY, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.: 1:13-cv-01452-RJL |
| | * | |
| JASON WARD, *et al.*, | * | |
| | * | |
| Defendants. | * | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, by counsel, and the remaining defendants, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that all remaining claims in this action shall be dismissed with prejudice as to all Parties, with each party to bear its own costs.

Respectfully submitted,

KLAPROTH LAW PLLC

/s/ Brendan Klaproth
Brendan Klaproth  #999360
406 5th Street, NW
Suite 350
Washington, DC  20001
Telephone:  (202) 618-2344
Fax:  (202) 618-4636
E-mail:  Bklaproth@klaprothlaw.com
  *Counsel for Plaintiffs*

- 2 -

THE VORV FIRM, P.L.L.C.


/s/ Dominic Vorv
Dominic G. Vorv  #470139
601 Pennsylvania Avenue, NW
South Tower – Suite 900
Washington, DC  20004
Telephone:  (202) 466-8822
Fax:  (202) 318-0534
E-mail:  vorv@vorv.net
 *Counsel for Defendant, 19th & K Inc. d/b/a Ozio*

JORDAN COYNE LLP


/s/ D. Stevenson Schwinn
D. Stephenson Schwinn  #358825
10509 Judicial Drive, Suite 200
Fairfax, VA  22030-5117
Telephone:  (703) 246-0907
Fax:  (703) 591-3673
E-mail:  s.schwinn@jocs-law.com
 *Counsel for Defendant, RAH of Washington, D.C.,
 Inc. d/b/a Camelot*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Stipulation was electronically filed and served, this 3rd day of July, 2018 upon:

**BASYUK & KLAPROTH, LLP**
Brendan Klaproth
1725 I Street NW
Suite 300
Washington, DC 20006
*Attorney for Plaintiffs*

**THE VORV FIRM, P.L.L.C.**
Dominic G. Vorv, Esquire
601 Pennsylvania Avenue
South Tower – Suite 900
Washington, D.C.  20004
*Counsel for Defendant 19th & K Inc., d/b/a Ozio*

      /s/ D. Stephenson Schwinn
      D. Stephenson Schwinn